No. 10M47. WASHINGTON *v.* EQUIFAX INFORMATION SERVICES LLC; and

No. 10M48. WINDING *v.* KING, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION. Motions to direct the Clerk to file petitions for writ of certiorari out of time denied.

No. 09–10596. MONACELLI *v.* NEW YORK STATE BANKING DEPARTMENT ET AL. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 802] denied.

No. 09–10819. HUNG HA *v.* BURR ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 803] denied.

No. 09–10836. FRANKLIN *v.* BWD PROPERTIES 2, LLC, ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 803] denied.

No. 09–11126. DOE *v.* DUNCAN ET AL. Sup. Ct. S. C. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 823] denied.

No. 09–11223. JANNEH *v.* REGAL ENTERTAINMENT GROUP. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied.

No. 10–5171. IN RE HARRIS. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 826] denied.

No. 10–5365. GRANDOIT *v.* GILSON ET AL. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 807] denied.

No. 10–5817. JACOBS *v.* HUIBREGTSE, WARDEN. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 957] denied.

No. 10–5946. ROBINSON *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 824] denied.